# Exhibit C

Case 2:26-cv-02114-NJC    Document 11-3    Filed 04/14/26    Page 2 of 7 PageID #: 137

# POLITICO

## Judges keep ordering immigration hearings — but say the results are often a sham

The courts say the Trump administration isn't complying in good faith with demands to give ICE detainees a measure of due process.



A Krome Detention Center officer patrols outside the facility in Miami during a vigil on May 24, 2025. | Rebecca Blackwell/AP

By **KYLE CHENEY**
03/06/2026 10:00 AM EST

   

For months, the Trump administration has been engaged in an unprecedented campaign to lock up thousands of immigrants with longstanding roots in the United States. And for months, aghast federal judges have ordered ICE to give them a chance to prove they can safely remain free while their deportation proceedings are pending.

Increasingly, however, judges are finding that the hearings they're ordering — conducted by immigration judges who work for the Trump administration — have been fundamentally flawed or even pre-cooked, designed to result in findings of "danger to the community" or "flight risk" without a fair consideration of the evidence.

Advertisement

AD

Some federal judges have required do-overs, and others have grown so skeptical of the administration's intentions that they've ordered detainees released outright.

It happened last month in Rhode Island, where U.S. District Judge John McConnell, an Obama appointee, ordered the release of a man who was denied bond even though the administration presented no evidence against him. Instead, the immigration judge in his bond hearing relied on an "uncorroborated police report" — supplied by the detainee — in which he was accused of driving 90 mph in a 55 mph zone.

It happened in Missouri, where U.S. District Judge Douglas Harpool found that an immigration judge had labeled an ICE detainee a "risk of flight" without sufficient evidence — a ruling he said appeared to be the result of frustration about being ordered to conduct the hearing in the first place.

"The bond hearing has indications of predetermined outcome," Harpool, an Obama appointee, wrote. "The [immigration judge's] order enumerates that Petitioner: has been in the U.S. for 9 years, has not missed a court hearing, has family in the U.S. (husband and 3 children), and owns a home and operates a business in the U.S. The IJ's determination regarding flight risk is clearly untethered by the facts and any logical conclusion to be determined from the facts."

And it happened in Pennsylvania, where U.S. District Judge Stephanie Haines, a Trump appointee, concluded that a detainee's interpreter was not fluent in the correct dialect, creating communication challenges with the immigration judge, who nevertheless ordered the man to remain detained.

"These federal judges simply disagree with the outcomes of the immigration judge bond decisions," a Justice Department spokesperson said. "They are impugning the integrity or competence of our immigration judges solely to give them a hook to review the IJ decisions they disagree with but would otherwise be unable to directly review."

Representatives for the Department of Homeland Security did not respond to requests for comment.

Advertisement

Case 2:26-cv-02114-NJC    Document 11-3    Filed 04/14/26    Page 4 of 7 PageID #: 139

AD

Similar cases have emerged in New York, Virginia, North Carolina, Michigan, Virginia, Massachusetts and a slew of other states. It's the latest rupture between the Trump administration and federal judges, who have described rampant abuses, violations of court orders and unconstitutional efforts to deprive ICE detainees of due process in a byzantine immigration court system.

But unlike the broad judicial consensus that the administration's mass detention strategy is illegal, questions about the adequacy of bond hearings have split the judiciary.

Federal law forbids the courts from second-guessing "discretionary" bond decisions made by executive branch immigration judges.

As a result, some judges have concluded that once they've ordered bond hearings, their part in the process has ended. U.S. District Judge David

Case 2:26-cv-02114-NJC    Document 11-3    Filed 04/14/26    Page 5 of 7 PageID #: 140

Bunning, a George W. Bush appointee, said he was precluded from intervening in the case of a woman who claimed her immigration judge failed to "give meaningful weight" to her two decades of residence in the U.S., three U.S. citizen children, steady work and taxpaying history and community ties.

"She does not claim that her bond hearing lacked necessary procedural safeguards or that the IJ did not have statutory authority to deny bond," Bunning, a George W. Bush appointee, wrote on March 2. "Instead, she merely argues that the IJ came to the wrong conclusion after reviewing the evidence."

Increasingly, though, judges are bypassing bond hearings and ordering the release of detainees outright, concluding that they're unlikely to get a fair shake in immigration courts. That dynamic flared most dramatically in West Virginia, where judges have banded together to reject the Trump administration detention practices and order the release of dozens of detainees.

"The Court … finds that a bond hearing before an immigration judge would not comport with due process," U.S. District Judge Irene Berger, an Obama appointee, ruled on Feb. 26.

Berger's West Virginia colleague, George W. Bush-appointed Judge Thomas Johnston, agreed that ordering a bond hearing "would be futile" — even when courts were ordering them to be conducted according to constitutional standards.

He cited testimony provided to the court by Jorge Artieda, ICE's former chief counsel in Virginia and a onetime adviser to the agency's headquarters. Artieda, in a sworn affidavit, said that since January, detainees "are now being systematically denied bond based on rationales that would not have been deemed sufficient weeks earlier" in what "appears to be a systematic

effort to nullify the constitutional protections that federal courts have recognized and enforced."

FILED UNDER: IMMIGRATION COURTS, LEGAL, IMMIGRATION AND CUSTOMS ENFORCEMENT

## POLITICO Forecast

Global power is in flux. Your daily guide to what comes next.

EMAIL

Your Email

EMPLOYER

Employer

* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SPONSORED CONTENT

**Case 2:26-cv-02114-NJC   Document 11-3   Filed 04/14/26   Page 6 of 7 PageID#: 141**

### Neither Left nor Right: A Newsletter for Libertarians.

If you are tired of echo chambers and partisan news, try this daily newsletter. No cost.

Reason

### New York Launches New Policy For "Senior Drivers" on Thursday

Auto Savings

### 20 Movies That Are So Good, They're Considered Perfect

Man Made DIY

### 15 Classic Movies That Are Now Unacceptable, Ranked

Man Made DIY

### Don't Moisturize Crepe Skin! Tighten It With This Household Item Instead

Anti-Aging Research Center

### IRS Forgives Millions in Tax Debt Before April 15th Deadline

As the tax relief deadline nears, thousands of Americans are rushing to resolve their tax debts...

Fresh Start Information

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

FAQ

Feedback

Headlines

Photos

Press

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Case 2:26-cv-02114-NJC    Document 11-3    Filed 04/14/26    Page 7 of 7 PageID#: 142

© 2026 POLITICO LLC