# DECLARATION OF NORA SEARLE, ESQ.

I, Nora Searle, Esq., declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1. I am a Senior Staff Attorney in the Immigration Practice at The Bronx Defenders, located at 360 East 161st Street, Bronx, New York 10451. I represent noncitizens in immigration removal proceedings before the Executive Office for Immigration Review ("EOIR").

2. I have represented Sherika Wright ("Ms. Wright") in removal proceedings since on or about August 5, 2024.

3. On April 14, 2026, following Ms. Wright's appearance before this Court, I reached out to friends of Ms. Wright to inquire as to whether her community is able to make a bond payment on her behalf. Per my conversations with them, her community can pay a bond of up to $1,500. Specifically, her friend Nickeisha Henry ("Ms. Henry"), a lawful permanent resident of the United States of America, spoke with me directly on April 15, 2026 and stated she is able and willing to make the bond payment.

4. Ms. Henry lives and works in New York City, but she has informed me she does not believe she can arrive in Central Islip in time for the bail proceeding at 3:00 p.m. on April 15, 2026.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of April, 2026.

_____
Nora, Searle, Esq