FILED
CLERK
4/15/2026 4:48 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

Sherika Wright
_____, Petitioner

Case No. 2:26-cv-02114-NJC

v. Markwayne Mullin et al.
_____, Respondents

EXHIBIT
1

## ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND

### RELEASE ORDER

It is hereby ORDERED that the above-named petitioner be released subject to the Conditions of Release below and:

( ☐ ) On **Personal Recognizance** on the petitioner's promise to appear at all scheduled proceedings as required, or

( ☑ ) Upon **Bond** executed by the petitioner in the amount of $ 1500.00 , which shall be

☑ unsecured; ☐ cosigned by the financially responsible sureties identified on this bond;

☐ secured by Collateral set forth on the Appearance Bond Supplement.

### CONDITIONS OF RELEASE

IT IS ORDERED that the petitioner's release is subject to the following conditions, which the Court finds are the least restrictive conditions necessary to reasonably assure the appearance of the petitioner as required and the safety of any other person and the community:

(1) The petitioner must appear in court as required.

(2) The petitioner must not commit a federal, state or local crime while on release.

(3) The petitioner must advise the Court in writing before making any change in residence or telephone number.

(4) The petitioner must not possess a firearm, destructive device or other dangerous weapon.

(5) The petitioner must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Marijuana is still prohibited under federal law.

(6) The petitioner must:

( ☑ ) (a) maintain residence at: ███████████████████ .

( ☐ ) (b) not have any contact with the following individual(s), location or entity: _____ .

( ☐ ) (c) not leave the following areas except for travel to and from court: ☐ Long Island;
☐ New York State; ☐ New Jersey; ☐ Continental United States;
☐ other: _____

(7) The Petitioner must report to Bronx Intensive Supervision Appearance Program (ISAP) tomorrow, April 16, 2026, located at 4777 Park Avenue, Second Floor, Bronx, NY 10458 at 10:00 am. The Petitioner will check in with ICE every 4 weeks at the Bronx ISAP office. The Petitioner will enroll in SmartLink for the sole purpose of facilitating check-ins

### APPEARANCE BOND

I, the undersigned petitioner, and each surety who signs the bond, acknowledge that I have read this Order Setting Conditions of Release and Appearance Bond and have either read all the other conditions of release or have had those conditions explained to me. (If the bond is secured by collateral, complete Appearance Bond Supplement.)

| _____, _Surety_ | _Address_ | _Date_ |
|---|---|---|
| _____, _Surety_ | _Address_ | _Date_ |
| _____, _Surety_ | _Address_ | _Date_ |

This appearance bond may be terminated at any time by the Court. This bond will be satisfied, and the collateral will be released when the Petition is resolved

## FORFEITURE OF THE BOND

If the respondent does not comply with the conditions set forth in this Order Setting Conditions of Release and Appearance Bond, this appearance bond may be forfeited and the Court may immediately order the amount of the bond and any collateral to be surrendered to the United States. At the request of the United States, the Court may order a judgment of forfeiture against the petitioner and each surety for the entire amount of the bond, including interest and costs.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE PETITIONER – YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

- Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
- A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ANY POTENTIAL VIOLATION OF ANY CONDITION OF RELEASE SHALL BE REPORTED TO THIS COURT ALONE FOR FURTHER PROCEEDINGS

## ACKNOWLEDGMENT OF THE PETITIONER

I acknowledge that I am the Petitioner in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*S.Wright*        4/15/26
_____
*Petitioner's Signature*

**Release of the Petitioner is hereby ordered on**   *4/15/2026* .   *s/Nusrat J. Choudhury*_____ , US __D_ J
                                        *Date*         *Judicial Officer's Signature*

## RESPONDENTS ARE ORDERED TO RELEASE THE PETITIONER <u>IMMEDIATELY.</u>

## GOVERNMENT COUNSEL ARE DIRECTED TO TAKE MEASURES TO ENSURE COMPLIANCE WITH THIS ORDER.