**THE BRONX DEFENDERS**

April 20, 2026

VIA ECF

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   **RE:** *Wright v. Mullin*, No. 26-cv-2114 (Choudhury, J.)
     <u>Letter regarding evidentiary hearing</u>

Dear Judge Choudhury:

   The Bronx Defenders represents Petitioner Sherika Wright ("Ms. Wright") in the above-referenced habeas corpus action. We write pursuant to this Court's Order of April 15, 2026, instructing the parties to inform the Court whether they seek an evidentiary hearing on any issue pertaining to Ms. Wright's procedural due process claims.

   The parties have conferred. Respondents indicate that they intend to rest on the written submissions. Accordingly, the parties do not seek an evidentiary hearing in this matter. If the court deems such a hearing necessary, however, Petitioner will be ready and available for such a hearing.

   We thank the Court for its consideration of this letter.

        Respectfully submitted,

        <u>/s/ Jessica Coffrin-St. Julien</u>
        Jessica Coffrin-St. Julien
        Nhu-Y Ngo
        THE BRONX DEFENDERS
        360 East 161st Street
        Bronx, New York 10451
        (646) 780-9930
        jcoffrin@bronxdefenders.org

CC:  Counsel of record via ECF