# Exhibit D

## DECLARATION OF SHERIKA WRIGHT

I, Sherika Wright, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1.  My name is Sherika Wright. I was born on ▮▮▮▮▮▮ 1994.

2.  On April 9, 2026 I was arrested in Nassau County, New York. The police officer that arrested me at first said that I just needed to show some identification and I would receive an appearance ticket to come to court. But when I showed a copy of my work authorization card that I got after I filed an asylum application, the officer said he was taking me to the police station.

3.  After we got to the police station, I eventually got an appearance ticket and then two men appeared at the police station. They said they were with ICE. They took me from the police station and brought me somewhere else, where I was handcuffed to a bench. The men told me I had a pending immigration case and they were detaining me.

4.  On April 10, 2026, ICE officers took me from where they were holding me on Long Island to 26 Federal Plaza in New York City. I got there some time in the afternoon that day. After that, it was hard to know what time of day it was, or even what day of the week, because there were no clocks that I could see where I was being held.

5.  I was in a cell with four other women when we got to 26 Federal Plaza. We were each given a silver foil blanket. It seemed like something for emergencies, and I was cold. We asked for blankets to sleep under. The guards told us they did not have anything else for us. The next day, we were each given a thin white sheet to sleep under with the foil blanket. We slept on small mats that you can fold up and carry and put down on the floor. I had to keep my arms and legs tight at my sides to fit on the mat. There were no pillows. There was an air vent that blew cold air into the cell and I was shivering a lot. There was a sink and toilet in the cell. The four other women and I shared it, and had no privacy from each other.

6.  There were no showers at 26 Federal Plaza. Around Saturday, I asked if I could have a change of underwear and a guard gave me two pairs of underwear and also handed in four pairs of sweatpants (although there were five of us in the cell). Then on Monday, I asked for a change of underwear again. I was afraid because I didn't know if the guards would get mad and say they had already given me underwear on Saturday. But a woman gave me a shirt and a pair of underwear and sweatpants. I think it was on Tuesday that I asked for a change of underwear again and a guard told me they didn't have any more. I washed my underwear in the sink.

7.  I was only allowed outside of the cell when I asked to make a phone call, or when I was taken to court or to see medical staff or ICE officers. I was allowed to make one or two calls per day. How many calls I got and how long I was allowed to speak was different depending on which guard was on duty. I talked to my lawyer and she told me about the federal case her office filed to keep me from being taken far away, and to try to get me released.

8. There was no recreational time outside of the cell. There were also no books, radio, or television inside or outside the cell. The only papers I had were some documents the officers had given me. I spent the majority of my day trying to sleep or staring into space, because I had nothing else I could do. If I looked in the direction of the officers, sometimes they seemed angry and would say "what do you want?" Other times, they would look at me and start laughing. I cried very often while I was in the cell.

9. The detention area at 26 Federal Plaza did not seem to have a kitchen. For dinner they would bring a package of something that said "self-heat" on it and they would add water and shake it and it would start steaming on its own. I could not tell what was in the package.

10. I was feeling very sad and scared and overwhelmed. I was not eating the food they brought to the cell, just drinking water. I met with a nurse, I think on Saturday, and she told me to try to eat something.

11. The reason I met with the nurse was because I was feeling so sad and afraid and I was having stomach and head pain, I think from not eating. I was sitting in the cell and my mind was all over the place. I started thinking about what would happen if I was deported. I was thinking about how I would be killed if I had to go back to Jamaica so I might as well kill myself now. I could not stop crying. The guards said the nurse had to see me. The nurse asked if I had suicidal thoughts, and I said yes, and she asked what I wanted to do. I said that I wanted to slit my wrists because if I go to Jamaica I will die.

12. After that, they took me back to the cell. When I was back in there, my mind kept going over and over how it felt when I was chained up at the arms and legs and waist by ICE, and how ICE could take me to Jamaica and I would be murdered there. Then some officers came and brought me to a hospital that was outside of 26 Federal Plaza.

13. I met with a doctor at the hospital and told her how scared I was. She asked if I wanted her to call my lawyer and I said yes. The doctor spoke to my lawyer. The doctor talked to me about how I could not be deported right away and that helped me feel more calm, although I was still feeling really scared. After that, the officers took me back to 26 Federal Plaza.

14. I am having a hard time figuring out and remembering when exactly things happened when I was detained. I think it was the day after I was at the hospital that ICE officers took the other four women out of the cell. ICE said my lawyer had put a hold on me but the other women could be moved and they were taking them to Louisiana.

15. Sharing a cell with no privacy had been hard, but being alone was much worse. Especially at night when the lights would go out, I was really afraid and I could not sleep. At one point maybe on Sunday or Monday one girl and then another were brought into the cell but then they were taken out again. I was alone for most or all of Monday, and alone on Tuesday and on Wednesday before I went to court.

16. When the ICE officers took me places, they put cuffs on my ankles and hands and chains at my waist. I would tell them the ankle cuffs were hurting but they didn't fix it, and told me it

2

was ok. The cuffs rubbed and dug into my ankles painfully. They were tight and my feet would get tingly. I remember being cuffed for about an hour or maybe more when we went from Long Island to 26 Federal Plaza. I also remember that my hands and maybe also feet were cuffed when I was at the hospital.

17. I felt hopeless when I was in detention. I felt like I would die and like there was nothing I could do. I was so scared and even now that I am released, I am getting flashbacks to when I was chained up and when I was alone in that cell.

18. Now that I am free, I can go to my criminal court date in Nassau County, so I can do everything I need to in order to resolve my case there. And I can keep working with my lawyer to get ready for my asylum hearing.

19. Thank you for taking the time to consider my declaration. I hope it is helpful.

20. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of April, 2026.

_S.Wright_
Sherika Wright

3